IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00260-MR-WCM

| | |
|---|---|
| MARK DELEHANT, ) | |
| ) | ORDER |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CITIBANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on a Joint Motion to Stay (the "Motion," Doc. 9).

The Joint Motion to Stay is **GRANTED IN PART**, and the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint is **EXTENDED** through and including January 31, 2025. Any motion to stay this litigation and to refer Plaintiff's claims to arbitration shall also be filed by January 31, 2025. No further extensions of this deadline will be considered absent extraordinary circumstances.

In addition, Plaintiff and his counsel, William Spade, are advised that if Mr. Spade wishes to represent Plaintiff in this matter, he must either obtain regular admission to the bar of this Court and file a notice of appearance, or

associate local counsel and request permission to appear pro hac vice. Any such filings shall also be made on or before January 31, 2025.

It is so ordered.

Signed: January 6, 2025

W. Carleton Metcalf
United States Magistrate Judge